**ORIGINAL**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

2023 FEB -6 PM 4:29

DEPUTY CLERK _____ mb

Leon-Thomas: McBay II, Agent
**Plaintiff**

v.

Navy Federal Credit Union - Mary McDuffie
**Defendant**

Civil Action No. **3-23CV0264-L**

## COMPLAINT

| | | |
|---|---|---|
| 18 U.S. Code § 241 | ~~Conspiracy~~ | Conspiracy Against Rights |
| 18 U.S. Code § 242 | | Deprivation of Rights Under Color of Law |
| 18 U.S. Code § 1349 | | Attempt and Conspiracy |
| 18 U.S. Code § 1028A | | Aggravated Identity Theft |
| 18 U.S. Code § 1344 | | Bank Fraud |
| 18 U.S. Code § 1341 | | Frauds and Swindles |
| 18 U.S. Code § 43 | | Mail Fraud and other offenses |
| 18 U.S. Code § 1951 | | Interference with Commerce by threats or violence |
| 18 U.S. Code § 1343 | | Fraud by wire, radio, or television. |

* Attach additional pages as needed. See attached completed Private Administrative Procedure/Dispute, Affidavits, Notices and Defaults wherein Defendants have failed to respond said completed Private Administrative Procedure and thus have acquiesced to the commission of all offenses listed above as well as those in Private Administration Procedure/Dispute.

Date: February 6, 2023

Signature: Leon-Thomas: McBay II, Agent

Print Name: _____

Address: _____

City, State, Zip: _____

Telephone: _____

## AFFIDAVIT OF VERFIFICATION & VALIDATION OF AUTO LOAN DEBT

Certified mail No.70222410000200477068

The undersigned affiant, hereafter "borrower" being duly sworn, deposes and states:

1. That I have the requisite knowledge of the facts regarding "Navy Federal Credit Union Account Number 43001565861802" including the Auto Loan Agreement, account ledgers and bookkeeping entries;

2. That Navy Federal Credit Union does not follow Generally Accepted Accounting Principles (GAAP) or the Federal Reserve Bank's policies and procedures, and did not create credits from the borrower's signed receipts, promises to pay, notes, or other instruments;

3. That Navy Federal Credit Union used its own money, money equivalent, credit or capital, or that of other depositors, as adequate consideration to purchase the loan agreement and notes from the borrower; Leon McBay II

4. That Navy Federal Credit Union did not accept, receive or deposit any money, money equivalent, note, credit or capital from the borrower to fund a note, check or similar instrument that was used to finance/fund the charges on the alleged account;

5. That Navy Federal Credit Union incurred financial losses and has been damaged in the amount of $65,885 and is attempting to collect a bona fide debt arising from services provided and/or goods sold to the borrower;

6. When accounts are 90 days or more overdue, Navy Federal Credit Union does not receive a payoff of the amount due from insurance, whose premiums were unknowingly funded by the so-called "borrower".

7. That all material facts and terms and conditions regarding the alleged account, have been disclosed to the borrower in the Auto Loan Agreement and promissory note;

8. That Navy Federal Credit Union is the holder in due course of all notes and that the notes were taken for value, in good faith, and without any notice of claims or defenses, and that any transfer of the account was made with the full knowledge and consent of all the parties; and

9. That I have personal knowledge that the Auto Loan Agreement and promissory notes were not altered or forged in any way.

### ATTESTATION

The facts stated above are true, correct and complete.

Signed by:
_____

_____      _____
Print Name                        Title

State: _____

County: _____

Subscribed and Sworn before me this_____ Day of_____, 2_____.

_____
Signature & Seal of Notary

Leon McBay II  
1215 Wedgewood Drive  
Forney, Texas 75126

**To:** Mary McDuffie  
Navy Federal Credit Union  
820 Follin Lane SE  
Vienna, VA 22180

November 14, 2022

**Certified Mail Number 70222410000200477068**

**RE:** Navy Federal Credit Union **Account No.** 43001565861802

**NOTICE OF DISPUTE**

**REQUEST FOR VERIFICATION & VALIDATION OF AUTO LOAN DEBT**

**Dear** Mary McDuffie

Thank you for the statement of November 2022 that your institution recently sent me, expecting payment for an alleged debt.

This Notice is to confirm that your claim is disputed under **15 USC § 1692 *et seq***.  Please verify under sworn oath that this claim is valid, free from any claims and defenses including but not limited to: any breach of agreement, failure of consideration or material alterations, and that the original lender provided value.  Further, that the alleged account was transferred in good faith and by the consent of all parties involved.

**After reasonable inquiry I have concluded that Navy Federal Credit Union is in breach of the alleged agreement.  The following facts support my position in this matter:**

1. Navy Federal Credit Union failed to disclose to the alleged consumer Leon McBay II (hereinafter "consumer") that Navy Federal Credit Union used consumer's note, capital, funds, money or money equivalent to fund a note, check or similar instrument that was used to fund the charges on the alleged account, whereby Navy Federal Credit Union did not perform under the agreement and risked nothing of value.

2. Navy Federal Credit Union has not used any of their own capital, funds, money or money equivalents to pay for any charges on the alleged account.

3. Navy Federal Credit Union received "something-for-nothing" by using the consumer's note(s) to fund charges to the Auto Loan account while retaining payments from consumer.

4. So, a breach occurred due to the fact that Navy Federal Credit Union failed to disclose the above information in their Auto Loan Agreement prior to soliciting applicant to become bound by it.

5. Due to the breach, and lack of disclosure, Navy Federal Credit Union has, directly or indirectly, used false, deceptive, or misleading representations or means, in violation of Regulation Z the Truth in Lending Act and Section 807 of the FDCPA, 15 U.S.C. §1692e, which constitutes fraud.

6. Due to the securitization of the "initial outstanding balances" of the alleged account, Navy Federal Credit Union is not a holder in due course, and therefore cannot have incurred a loss or make a valid claim.

7. When accounts are 90 days or more overdue, Navy Federal Credit Union receives a payoff of the amount due from insurance, whose premiums were unknowingly funded by the so-called "borrower".

I want to receive absolute assurance from Navy Federal Credit Union that they did not breach the agreement. In order to settle this matter, please sign or have an authorized officer sign and notarize the enclosed affidavit, affirming that you have read the Auto Loan Agreement, that you understand GAAP, the bookkeeping entries, accounts receivables and deposits, the banking laws, and the Federal Reserve bank's policies and procedures.

**In addition, please furnish me with the following information:**

1. A complete statement of Damages, including each and every loss that Navy Federal Credit Union incurred under the alleged agreement.

2. A copy of any insurance claim having been made by Navy Federal Credit Union regarding this account.

3. A front and back, true and correct copy of the alleged signed agreement bearing my signature (full & complete disclosure), and a detailed copy of the alleged account.

4. A true and correct copy of the transfer instrument that was used to transfer the "initial outstanding balances" from this alleged account into the Special Purpose Entity (SPE) trust, as described on the FDIC website.

5. The name, address and telephone number of Navy Federal Credit Union's CPA auditor.

6. Verification if this debt has been assigned or sold to a debt collector.

7. If this debt has been assigned to a debt collector, please provide the commission amount if collection efforts are successful.

8. If this debt has been sold to a debt collector, please provide the price for which it was sold.

If you cannot verify and validate this debt by the above listed means, then what right do you have, under the **Fair Debt Collection Practices Act 15 USC § 1692**, to even send me a letter or an account statement?  Are you committing mail fraud, bank fraud, aggravated identity theft, conspiracy, conspiracy against rights and deprivation of rights under color of law?

It would be constructive for you to note that the **FCRA (Fair Credit Reporting Act) section 609(c)(2)(E)** states: "**a consumer reporting agency is not required to remove accurate derogatory information from a consumer's file, unless the information is outdated under section 605 or cannot be verified."**

The "cannot be verified" is the key phrase, as you can see.  Since I challenged you and your staff to verify, and you cannot, that means all financial institutions and credit reporting agencies concerned with my account are required to remove any derogatory information.  It cannot be deemed "accurate" if it cannot be "verified".  If it cannot be verified, then it is required to be removed, according to the FCRA.

<u>**You are required by federal law to furnish the credit bureaus with the required disclosure by placing a "notice of dispute" on this account within (30) days after receiving this dispute letter**</u>**.** I am maintaining a careful record of dates as well as time-stamped copies of of all credit reports, which will show that you have violated the **Fair Credit Reporting Act, Section 623(a)(3) [15 USC § 1681s-2]** if you do not place the disclosure on ALL credit reports within the required (30) day period.

Also, during this validation and verification period, if any action is taken which could be considered detrimental to any credit reports, I will commence Federal action at suit. This includes any listing of any information to a credit-reporting repository that could be inaccurate or invalidated. If your offices have or continue to report invalidated information to any of the three major credit bureaus (Equifax, Experian, TransUnion), this action will constitute fraud under both federal and state laws and directly violate the **Fair Credit Reporting Act and the Fair Debt Collection Practices Act**. Due to this fact, if any negative mark is found or continues to report on any credit reports by your company or any company that you represent, I will not hesitate in bringing legal action against you for the following: Violation of the **Fair Credit Reporting Act** and **Defamation of Character, Mail Fraud, Bank Fraud, Aggravated Identity Theft, Conspiracy, Conspiracy Against Rights & Deprivation of Rights Under Color of Law.**

I am sure your legal staff will agree that non-compliance with this request could violate **Fair Credit Reporting Act, Section 623(a)(3) - Responsibilities of furnishers of information to consumer reporting agencies [15 USC § 1681s-2],** putting your company in serious legal trouble with the FTC and other state or federal agencies.  All communications and omissions will be made part of and incorporated into any litigation arising from this matter.

Failure to verify and validate the debt within thirty (30) days by signing and returning the enclosed affidavit confirms and constitutes your tacit acquiescence & agreement that you are violating multiple local, state and federal laws, and that no further action will be taken to collect on this fraudulent debt and constitutes an absolute waiver of any right to collect the alleged debt, with a full waiver of all claims, defenses by [bank name] and its assigns, and that

[bank name] and its assigns are committing an intentional commercial injury & Tort against the borrower. Furthermore all references to this account must be deleted and completely removed from ALL credit files/reports and a copy of such deletion request shall be sent to me immediately.

You must contact me in writing and request an extension in the event that you need more than thirty (30) days to verify and validate the debt. Failure to do so confirms that the time limit is reasonable.

**This notice also constitutes a Notice to Cease Telephonic Communications.** Non-compliance with this request will violate the **Telephone Consumer Protection Act 47 USC § 227.** You may NOT contact me by phone or email and any prior consent to electronic communication is hereby revoked.

### NOTICE

THIS IS NOT A REQUEST FOR CONFIRMATION THAT YOU HAVE A COPY OF AN AGREEMENT OR COPIES OF STATEMENTS. THIS IS A DEMAND FOR THE ATTACHED AFFIDAVIT AND PROOF THAT YOU HAVE THE REQUISITE KNOWLEDGE OF THE FACTS, AND THAT THE ALLEGED CREDITOR PROVIDED ADEQUATE CONSIDERATION AND INCURRED A FINANCIAL LOSS UNDER THE FULL & COMPLETE ORIGINAL AGREEMENT.

Notice to the Principal is Notice to the Agent, and Notice to the Agent is Notice to the Principal.

Thank you very much.

I declare under penalty of perjury WITHOUT the United States that the above statements are the truth, the whole truth and nothing but the truth.

> Sincerely,
> Signed without prejudice
>
> By: _Leon-Thomas: McBay II, Agent_

**P.S.** Please be aware that dependent upon your response, I may be detailing any potential issues with your company via an online public press release, including documentation of any potential small claims action. And/or, I will file a federal criminal complaint in federal court.

**Cc: Equifax; Experian; TransUnion**

**Consumer Financial Protection Bureau**

**Department of Justice Tort Claims Division**

**Office of Comptroller of the Currency**

Leon McBay II
1215 Wedgewood Drive
Forney, Texas 75126

**To:** Mary McDuffie
Navy Federal Credit Union
820 Follin Lane SE
Vienna, VA 22180

December 7, 2022

**Certified Mail No.** 70222410000200477105

**RE:** Navy Federal Credit Union **Account No.** 43001565861802

## SECOND NOTICE OF DISPUTE
## REQUEST FOR VERIFICATION & VALIDATION OF DEBT

**Dear** Mary McDuffie

Thank you for your letter dated November 25, 2022. However, "**Fraud vitiates the most solemn Contracts, documents and even judgments**" [**U.S. vs. Throckmorton, 98 US 61, at pg. 65**]. Therefore your institution's fraud nullifies and voids anything I may have signed.

Further, you did NOT sign, notarize and return the attached affidavit nor did you answer any of the points in my letter/ request for Verification and Validation of this alleged Debt.

For these reasons, I am including them once again.

Thank you for the statement of December 1, 2022 that your institution recently sent me, expecting payment for an alleged debt.

This Notice is to confirm that your claim is disputed under **15 USC § 1692 *et seq*.** Please verify under sworn oath that this claim is valid, free from any claims and defenses including but not limited to: any breach of agreement, failure of consideration or material alterations, and that the original lender provided value. Further, that the alleged account was transferred in good faith and by the consent of all parties involved.

After reasonable inquiry I have concluded that **Navy Federal Credit Union is in breach of the alleged agreement.** The following facts support my position in this matter:

1.  Navy Federal Credit Union failed to disclose to the alleged consumer Leon McBay II (hereinafter "consumer") that Navy Federal Credit Union used consumer's note, capital, funds, money or money equivalent to fund a note, check or similar instrument that was

Page 1 of 5

used to fund the charges on the alleged account, whereby Navy Federal Credit Union did not perform under the agreement and risked nothing of value.

2. Navy Federal Credit Union has not used any of their own capital, funds, money or money equivalents to pay for any charges on the alleged account.

3. Navy Federal Credit Union received "something-for-nothing" by using the consumer's note(s) to fund charges to the Auto Loan account while retaining payments from consumer.

4. So, a breach occurred due to the fact that Navy Federal Credit Union failed to disclose the above information in their Auto Loan Agreement prior to soliciting applicant to become bound by it.

5. Due to the breach, and lack of disclosure, Navy Federal Credit Union has, directly or indirectly, used false, deceptive, or misleading representations or means, in violation of Regulation Z the Truth in Lending Act and Section 807 of the FDCPA, 15 U.S.C. §1692e, which constitutes fraud.

6. Due to the securitization of the "initial outstanding balances" of the alleged account, Navy Federal Credit Union is not a holder in due course, and therefore cannot have incurred a loss or make a valid claim.

7. When accounts are 90 days or more overdue, Navy Federal Credit Union receives a payoff of the amount due from insurance, whose premiums were unknowingly funded by the so-called "borrower".

I want to receive absolute assurance from Navy Federal Credit Union that they did not breach the agreement. In order to settle this matter, please sign or have an authorized officer sign the enclosed affidavit, confirming that you have read the agreement, that you understand GAAP, the bookkeeping entries, accounts receivables and deposits, the banking laws, and the Federal Reserve bank's policies and procedures.

**In addition please furnish me with the following information:**

1. A complete statement of Damages, including each and every loss that Navy Federal Credit Union incurred under the alleged agreement.

2. A copy of any insurance claim having been made by Navy Federal Credit Union regarding this account.

3. A front and back, true and correct copy of the alleged signed agreement bearing my signature (full & complete disclosure), and a detailed copy of the alleged account.

Page **2** of **5**

4.  A true and correct copy of the transfer instrument that was used to transfer the "initial outstanding balances" from this alleged account into the Special Purpose Entity (SPE) trust, as described on the FDIC website.

5.  The name, address and telephone number of Navy Federal Credit Union's CPA auditor.

6.  Verification if this debt has been assigned or sold to a debt collector.

7.  If this debt has been assigned to a debt collector, please provide the commission amount if collection efforts are successful.

8.  If this debt has been sold to a debt collector, please provide the price for which it was sold.

If you cannot verify and validate this debt by the above listed means, then what right do you have, under the **Fair Debt Collection Practices Act 15 USC § 1692**, to even send me a letter or an account statement? Are you committing mail fraud, bank fraud, aggravated identity theft, conspiracy, conspiracy against rights and deprivation of rights under color of law?

It would be constructive for you to note that the **FCRA (Fair Credit Reporting Act) section 609(c)(2)(E)** states: "a consumer reporting agency is not required to remove accurate derogatory information from a consumer's file, unless the information is outdated under section 605 or cannot be verified."

The "cannot be verified" is the key phrase, as you can see. Since I challenged you and your staff to verify, and you cannot, that means all financial institutions and credit reporting agencies concerned with my account are required to remove any derogatory information. It cannot be deemed "accurate" if it cannot be "verified". If it cannot be verified, then it is required to be removed, according to the FCRA.

**You are required by federal law to furnish the credit bureaus with the required disclosure by placing a "notice of dispute" on my account within (30) days after receiving this dispute letter.** I am maintaining a careful record of dates as well as time-stamped copies of my credit reports, which will show that you have violated the **Fair Credit Reporting Act, Section 623(a)(3) [15 USC § 1681s-2]** if you do not place the disclosure within the required (30) day period.

Also, during this validation period, if any action is taken which could be considered detrimental to any credit reports, I will commence action at suit. This includes any listing of any information to a credit-reporting repository that could be inaccurate or invalidated. If your offices have or continue to report invalidated information to any of the three major credit bureaus (Equifax, Experian, TransUnion), this action will constitute fraud under both federal and state laws and directly violate the **Fair Credit Reporting Act and the Fair Debt Collection Practices Act**. Due to this fact, if any negative mark is found or continues to report on any credit reports by your

Page 3 of 5

company or any company that you represent, I will not hesitate in bringing legal action against you for the following: Violation of the **Fair Credit Reporting Act** and **Defamation of Character, Mail Fraud, Bank Fraud, Aggravated Identity Theft, Conspiracy, Conspiracy Against Rights & Deprivation of Rights Under Color of Law.**

I am sure your legal staff will agree that non-compliance with this request could violate **Fair Credit Reporting Act, Section 623(a)(3) - Responsibilities of furnishers of information to consumer reporting agencies [15 USC § 1681s-2],** putting your company in serious legal trouble with the FTC and other state or federal agencies. All communications and omissions will be made part of and incorporated into any litigation arising from this matter.

You have failed to Verify and Validate this alleged debt as per my first written request. You were given 30 days to respond and you have intentionally failed to respond.

Failure to verify and validate the debt within Ten (10) days by signing and returning the enclosed affidavit confirms and constitutes your tacit acquiescence & agreement that the debt you are alleging is fraudulent and you are violating multiple local, state and federal laws, and that no further action will be taken to collect on this fraudulent debt and constitutes an absolute waiver of any right to collect the alleged debt, with a full waiver of all claims and defenses by [bank name] and its assigns, and that [bank name] and its assigns are committing an intentional commercial injury & Tort against the borrower. Furthermore all references to this account must be deleted and completely removed from ALL credit files/reports and a copy of such deletion request shall be sent to me immediately.

This is my second and final request for the Attached Affidavit and Verification and Validation of this alleged Debt.

You must contact me in writing and request an extension in the event that you need more than Ten (10) days to verify and validate the debt. Failure to do so confirms that the time limit is reasonable.

<u>This notice also constitutes a Notice to Cease Telephonic Communications</u>. Non-compliance with this request will violate the **Telephone Consumer Protection Act 47 USC § 227.** You may NOT contact me by phone, text or email and any prior consent to electronic communication is hereby canceled and revoked.

### NOTICE

**THIS IS NOT A REQUEST FOR CONFIRMATION THAT YOU HAVE A COPY OF AN AGREEMENT OR COPIES OF STATEMENTS. THIS IS A DEMAND FOR THE ATTACHED AFFIDAVIT AND PROOF THAT YOU HAVE THE REQUISITE KNOWLEDGE OF THE FACTS, AND THAT THE ALLEGED CREDITOR PROVIDED ADEQUATE CONSIDERATION AND INCURRED A FINANCIAL LOSS UNDER THE FULL & COMPLETE ORIGINAL AGREEMENT.**

Notice to the Principal is Notice to the Agent, and Notice to the Agent is Notice to the Principal.

Thank you very much.

I declare under penalty of perjury WITHOUT the United States that the above statements are the truth, the whole truth and nothing but the truth.

> Sincerely,
> Signed without prejudice By:
>
> *Leon-Thomas: McBrayII, Agent*

P.S. Please be aware that dependent upon your response, I may be detailing any potential issues with your company via an online public press release, including documentation of any potential civil and Tort actions. And/or, I will file a federal criminal complaint in federal court.

Cc:

Equifax
Experian
TransUnion
CFPB Enforcement Division
Department of Justice Tort Claims Division

# AFFIDAVIT OF VERIFICATION & VALIDATION OF AUTO LOAN DEBT

Certified mail No.70222410000200477068

The undersigned affiant, hereafter "borrower" being duly sworn, deposes and states:

1. That I have the requisite knowledge of the facts regarding "Navy Federal Credit Union Account Number 43001565861802" including the Auto Loan Agreement, account ledgers and bookkeeping entries;

2. That Navy Federal Credit Union does not follow Generally Accepted Accounting Principles (GAAP) or the Federal Reserve Bank's policies and procedures, and did not create credits from the borrower's signed receipts, promises to pay, notes, or other instruments;

3. That Navy Federal Credit Union used its own money, money equivalent, credit or capital, or that of other depositors, as adequate consideration to purchase the loan agreement and notes from the borrower; Leon McBay II

4. That Navy Federal Credit Union did not accept, receive or deposit any money, money equivalent, note, credit or capital from the borrower to fund a note, check or similar instrument that was used to finance/fund the charges on the alleged account;

5. That Navy Federal Credit Union incurred financial losses and has been damaged in the amount of $65,885 and is attempting to collect a bona fide debt arising from services provided and/or goods sold to the borrower;

6. When accounts are 90 days or more overdue, Navy Federal Credit Union does not receive a payoff of the amount due from insurance, whose premiums were unknowingly funded by the so-called "borrower".

7. That all material facts and terms and conditions regarding the alleged account, have been disclosed to the borrower in the Auto Loan Agreement and promissory note;

8. That Navy Federal Credit Union is the holder in due course of all notes and that the notes were taken for value, in good faith, and without any notice of claims or defenses, and that any transfer of the account was made with the full knowledge and consent of all the parties; and

9. That I have personal knowledge that the Auto Loan Agreement and promissory notes were not altered or forged in any way.

## ATTESTATION

The facts stated above are true, correct and complete.

Signed by:

_____

_____
Print Name                                                    _____
                                                              Title

State: _____

County: _____

Subscribed and Sworn before me this_____ Day of_____, 2_____.

_____
Signature & Seal of Notary

Leon McBay
1215 Wedgewood Drive
Forney, Texas 75126

Navy Federal Credit Union
820 Follin Lane SE
Vienna, VA 22180

December 29, 2022

Certified Mail Number 70222410000200424307

Navy Federal Credit Union
Account #4300-1565-8618-02

RE: NOTICE OF NONCOMPLIANCE OF REQUEST FOR VERIFICATION & VALIDAITON OF DEBT & AFFIDAVIT OF DEFAULT

To Whom It May Concern:

# NOTICE
## OF NONCOMPLIANCE OF REQUEST FOR VERIFICATION & VALIDAITON OF DEBT & AFFIDAVIT OF DEFAULT

Your correspondence dated December 28, 2022 is incomplete and not debt verification & validation at all. You have intentionally failed to provide the requisite Affidavit as per my first and second request. You are hereby NOTICED that you are in NONCOMPLIANCE OF MY REQUEST FOR VERIFICATION & VALIDAITON OF DEBT & AFFIDAVIT and you are now in Default, and you hereby agree to the following facts:

FACT: Navy Federal Credit Union twice Failed to properly respond to my request for Verification & Validation of the alleged debt by providing the requisite Affidavit and points in letter requests for Verification and Validation dated November 28, 2022 & December 9, 2022

FACT: Navy Federal Credit Union has no right to collect on the alleged debt for account #4300-1565-8618-02

FACT: Navy Federal Credit Union is committing **Mail Fraud, Bank Fraud, Aggravated Identity Theft, Conspiracy, Conspiracy Against Rights & Deprivation of Rights Under Color of Law** and violating the Fair Debt Collection Practices Act and Fair Credit Reporting Act as well as Regulation Z Truth in Lending.

FACT: Navy Federal Credit Union's failure to respond my first and second request for the sworn affidavit of verification and validation of the alleged debt constitutes Navy Federal Credit Union's tacit commercial acquiescence and agreement that Navy Federal Credit Union is causing a direct commercial injury to borrower and Navy Federal Credit Union waives all claims and defenses as a result of Navy Federal Credit Union's failure to respond to my first and second request.

Please be aware that dependent upon your response, I will be detailing any additional crimes committed by your company via an online public press release, including this documentation and any civil action.

I declare under penalty of perjury without the United States that the above statements are the truth, the whole truth and nothing but the truth.

Signed without prejudice
Sincerely  _Leon-Thomas: McBay II, Agent_

cc: Equifax; Experian; TransUnion
Consumer Financial Protection Bureau
Department of Justice Tort Claims Division
Office of Comptroller of the Currency

JS 44 (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff  **Kaufman**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | 400 State Reapportionment |
| [x] 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | 410 Antitrust |
| [x] 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | | 820 Copyrights | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | | 830 Patent | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | 835 Patent - Abbreviated New Drug Application | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 370 Other Fraud | 710 Fair Labor Standards Act | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | [x] 371 Truth in Lending | 720 Labor/Management Relations | 880 Defend Trade Secrets Act of 2016 | [x] 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury | 380 Other Personal Property Damage | | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | 865 RSI (405(g)) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | **Other:** | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education | 540 Mandamus & Other | 465 Other Immigration Actions | | |
| | | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: Debt Discharge / Non Disclosure transaction

## VII. REQUESTED IN COMPLAINT:
[x] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** $200,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____